No. 14, Misc. TOUHY *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 16, Misc. MCMULLEN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 18, Misc. COLLINS *v.* DUFFY, WARDEN. Supreme Court of California. Certiorari denied.

No. 21, Misc. DUANE *v.* HEINZE, WARDEN. District Court of Appeal, 3d Appellate District, of California. Certiorari denied.

No. 23, Misc. ENGLE *v.* STEWART, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 24, Misc. WALL *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 25, Misc. THOMPSON *v.* BENSON, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 26, Misc. MILFORD *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.